BEFORE THE FIRST DIVISION, APRIL 15, 1959

**No. 62973.**—A. N. Khouri & Bro. *v.* United States, protests 219517–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.